UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JACOB BLOOM and RUTH BLOOM,

                        Plaintiffs,

                     -v-

HONG GYU SHIN and DOES 1 through 10,

                        Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 15, 2016

16-cv-7652 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    The Court has reviewed the submissions of the parties at ECF Nos. 21 & 22 and understands that defendant has wired payment to Sotheby's in full. The plaintiffs are hereby ordered to show cause why this case should not be dismissed as moot.

    SO ORDERED.

Dated:    New York, New York
               December 15, 2016

                                                        KATHERINE B. FORREST
                                                        United States District Judge