```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  JACOB BLOOM and RUTH BLOOM,                                 :
                                                              :
                              Plaintiffs,                     :
                                                              :
                   -v-                                        :     16-cv-7652 (KBF)
                                                              :
  HONG GYU SHIN and DOES 1 through 10,                        :          ORDER
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 16, 2016
```

KATHERINE B. FORREST, District Judge:

     Plaintiffs shall file their response to the Court's order of December 15, 2016, (ECF No. 23), not later than **Friday, December 23, 2016**.

     SO ORDERED.

Dated:    New York, New York
             December 16, 2016

                                                 KATHERINE B. FORREST
                                             United States District Judge